IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-151-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ALYSSA KATHLEEN ZITUR, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 37), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of June, 2025.

SUSAN P. WATTERS
United States District Court Judge